JDL/jl
8900839
Murray. Ind

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

RAYMOND MURRAY,
DAVID DUMERS,
THOMAS MURPHY, and
WILLIAM FINK

FILED

MAR 4 1994

At 8:30 .......... M
WILLIAM T. WALSH
CLERK

Criminal No.
94-80 (JCL)

18 U.S.C. §§ 241,
242, and 2

Certified as a true copy on
This Date: 4/27/09
By _____
( ) Clerk
( ) Deputy

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

#### COUNT 1

1. At all times relevant to this Indictment, the Hudson County Jail, in Jersey City, New Jersey, was an eight-story correctional facility that housed, among others, adult inmates who were awaiting trial.

2. At all times relevant to this Indictment, defendant RAYMOND MURRAY was a deputy warden with the Hudson County Jail and was the officer in charge of the correctional officers during the 12:00 midnight to 8:00 A.M. shift.

3. At all times relevant to this Indictment, defendant WILLIAM FINK was a correctional sergeant at the Hudson County Jail and was the supervisor of the receiving area of the Hudson County Jail during the 12:00 midnight to 8:00 A.M. shift.

4. At all times relevant to this Indictment, defendants DAVID DUMERS and THOMAS MURPHY were correctional officers assigned to the receiving area at the Hudson County Jail during the 12:00 midnight to 8:00 A.M. shift.

5. At all times relevant to this Indictment, Arnaldo Ortega was an inhabitant of the State of New Jersey and a pretrial detainee, detained at the Hudson County Jail.

6. On or about March 9, 1989, at Jersey City, in the District of New Jersey, the defendants

> RAYMOND MURRAY,
> DAVID DUMERS,
> THOMAS MURPHY, and
> WILLIAM FINK

while acting under color of the laws of the State of New Jersey, did knowingly and willfully conspire and agree with each other to injure, oppress, threaten and intimidate Arnaldo Ortega in the free exercise and enjoyment of the rights and privileges secured to him by the Constitution and laws of the United States to be free from the deprivation of life and liberty without due process of law, that is, to be free from the use of unreasonable force amounting to summary punishment and to be kept free from harm while in official custody, the conspiracy resulting in the death of Arnaldo Ortega.

## MANNER AND MEANS

7. It was part of the plan and purpose of this conspiracy that the defendants would remove Arnaldo Ortega from his cell on the fourth floor of the Hudson County Jail.

8. It was further part of the plan and purpose of the conspiracy that the defendants, after removing Arnaldo Ortega,

would assault and beat him in an elevator at the Hudson County Jail.

9. It was further part of the plan and purpose of the conspiracy that the defendants, after assaulting and beating Arnaldo Ortega in the elevator, would beat him in the east bullpen of the receiving area of the Hudson County Jail.

10. It was further part of the plan and purpose of this conspiracy that these beatings would be accomplished with fists, feet, and batons.

## OVERT ACTS

In furtherance of this conspiracy and to accomplish its objectives, the conspirators did commit on March 9, 1989, the following overt acts, among others:

1. Defendant RAYMOND MURRAY called defendant WILLIAM FINK, who was in the receiving area, to have him send correctional officers to the fourth floor of the Hudson County Jail.

2. Defendant WILLIAM FINK instructed defendants DAVID DUMERS and THOMAS MURPHY to go to the fourth floor and meet defendant RAYMOND MURRAY so that they could "handle a problem."

3. Defendants DAVID DUMERS and THOMAS MURPHY obtained their batons and brought them to the fourth floor.

4. Defendants RAYMOND MURRAY, DAVID DUMERS, and THOMAS MURPHY ordered Arnaldo Ortega out of his cell on the fourth floor.

5. Defendants RAYMOND MURRAY, THOMAS MURPHY and DAVID DUMERS then led Arnaldo Ortega into the elevator adjacent to his

cell on the fourth floor and descended to the ground floor of the Hudson County Jail.

6. While in the elevator, the defendants proceeded to beat Arnaldo Ortega.

7. When the elevator had reached the ground floor of the Hudson County Jail, defendants DAVID DUMERS and THOMAS MURPHY placed Arnaldo Ortega in the east bullpen located in the receiving area.

8. While Arnaldo Ortega was in the east bullpen, defendants WILLIAM FINK and DAVID DUMERS each participated in assaulting and beating him.

9. Defendant RAYMOND MURRAY observed and permitted the unjustified beating of Arnaldo Ortega.

All in violation of Title 18, United States Code, Section 241.

## COUNT 2

1. Paragraphs 1 through 5 of Count One of this Indictment are hereby realleged and incorporated by reference herein.

2. On or about March 9, 1989, at Jersey City, in the District of New Jersey, the defendants

> RAYMOND MURRAY,
> DAVID DUMERS,
> THOMAS MURPHY, and
> WILLIAM FINK

while acting under color of the laws of the State of New Jersey, aiding and abetting each other, did willfully assault and beat Arnaldo Ortega, and did thereby willfully deprive Arnaldo Ortega of the right preserved and protected by the Constitution of the United States not to be deprived of life and liberty without due process of law, which includes the right to be free from the intentional use of unreasonable force amounting to summary punishment by someone acting under color of law, resulting in bodily injury and death to Arnaldo Ortega.

In violation of Title 18, United States Code, Sections 242 and 2.

## COUNT 3

1. Paragraphs 1 through 5 of Count One of this Indictment are hereby realleged and incorporated by reference herein.

2. On or about March 9, 1989, at Jersey City, in the District of New Jersey, the defendants

   RAYMOND MURRAY and
   WILLIAM FINK

then supervisors at the Hudson County Jail, while acting under color of the laws of the State of New Jersey, did willfully permit other Hudson County Jail correctional officers in their presence and under their supervision, namely David Dumers and Thomas Murphy, to unlawfully assault and beat Arnaldo Ortega, that assault resulting in bodily injury and death to Arnaldo Ortega, and thereby did willfully deprive Arnaldo Ortega of the right preserved and protected by the Constitution of the United States not to be deprived of life and liberty without due process of law, which includes the right to be kept free from harm while in official custody.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL

_____
MICHAEL CHERTOFF
United States Attorney

No. _____

# United States District Court

District of New Jersey

THE UNITED STATES OF AMERICA

*vs.*

RAYMOND MURRAY,
DAVID DUMERS,
THOMAS MURPHY, and
WILLIAM FINK

# INDICTMENT FOR

18 U.S.C. §§ 241, 242, and 2

---

MICHAEL CHERTOFF
*U. S. Attorney*

USA-48-AD 8　　FPI—88—0-28-70—10M—6151
(Ed. 9-1-66)

By: JEAN D. LAROSILIERE
Assistant U.S. Attorney